UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,
      Plaintiff,

vs.

63 CRMN LLC, and
JAJAJA WEST VILLAGE LLC .
      Defendants.

**COMPLAINT**

      Plaintiff, CARLOS RUIZ FLOREZ ("Plaintiff"), by his undersigned counsel, hereby files this Complaint and sues Defendants, 63 CRMN llc, and Jajaja West Village llc (hereinafter "Defendants"), for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter the "A.D.A") and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG").

**JURISDICTION**

    **1)**    This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. et seq., based upon Defendant's violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

    **2)**    Plaintiff currently resides in Queens County, New York, and is *sui juris*. Plaintiff is a qualified individual with disabilities under the ADA law. Plaintiff suffered a spinal cord injury as a child complete from the T-7 to T-11, has paraplegia, and is bound to ambulate in a wheelchair.

    **3)**    Defendant, 63 CRMN LLC, is an individual that transacts business in the State of New York and within this judicial district. Defendant, 63 CRMN LLC, is the owner of the

real property which is the subject of this action located on or about at 63 Carmine St, New York, NY 10014 (hereinafter "Subject Property" or "Facility").

4)      Defendant, JAJAJA WEST VILLAGE LLC, is a Domestic Business Corporation and transacts business in the State of New York and within this judicial district. Defendant, JAJAJA WEST VILLAGE LLC, is the lessee and operator of the business known as HASWELL GREEN'S, located at 63 Carmine St, New York, NY 10014 (hereinafter the "Facility").

5)      Plaintiff has visited the Subject Property which forms the basis of this lawsuit on or about November 16, 2022, and during the month of July, 2022. On each of these occasions, the Plaintiff's ability to ambulate through the entrance of the Subject Property was constrained, hindered, and thwarted by the structural barriers, that which prevented access to the public accommodation. The Plaintiff's place of employment is only a few blocks from the Defendants public accommodation, and thereon he plans to return to the Subject Property to avail himself of the goods and services offered to the public at the Subject Property, and thereby determine whether the Subject Property has been made ADA compliant. Plaintiff's access to the Facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities, and Plaintiff will be denied and/or limited in the future unless and until Defendants are compelled to remove the physical barriers to access and ADA violations which exist at the Facility, including but not limited, to those set forth in this Complaint.

6)      In addition to living approximately 10 miles from the Subject Property, Plaintiff also has multiple friends and family members throughout the New York City area—with whom he visits frequently and dines out socially on at least a weekly basis. Foremost, Plaintiff's place of

employment is adjacent to the Defendant's subject property. Plaintiff travels through the neighborhood where the Subject Property is located multiple times a week. Furthermore, Plaintiff has dined at, and in, nearly all of the neighboring restaurants surrounding the subject facility, that are all without obstructions. Moreover, Plaintiff dines at restaurants on this street about once or twice per week, and thereon affirms that he would dine at the Defendant's restaurant and avail himself of the goods and services offered to the public, were it not for the structural barriers inhibiting his ability to enter the subject facility, in direct contravention of Title III of the ADA and provisions under the ADAAG.

**7)** Plaintiff has visited the Subject Property which forms the basis of this lawsuit on or about  November 16, 2022, and during the month of July, 2022, and plans to return to the Subject Property to avail himself of the goods and services offered to the public at the Subject Property, and to determine whether the Subject Property has been made ADA compliant. Plaintiff's access to the Facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities, and Plaintiff will be denied and/or limited in the future unless and until Defendants are compelled to remove the physical barriers to access and ADA violations which exist at the Facility, including but not limited, to those set forth in this Complaint.

**8)** The Defendants' Facility is a public accommodation and service establishment, and although required by law to do so, it is not in compliance with the ADA and ADAAG.

**9)** In this instance, Plaintiff visited the Facility and encountered barriers to access at the Facility, engaged barriers, suffered legal harm and injury, and will continue to suffer legal harm and injury as a result of the illegal barriers to access as set forth herein.

**10)**     Plaintiff has suffered and continues to suffer direct and indirect injury as a result of the ADA violations that exist at the Facility.

**11)**     All events giving rise to this lawsuit occurred in the State of New York. Venue is proper in this Court as the premises are located in the Southern District of New York.

### FACTUAL ALLEGATIONS AND CLAIM

**12)**     Plaintiff has attempted to access the Facility, but could not do so without severe hardship, because of his disabilities, and the physical barriers to access and ADA violations that exist at the Facility, which restrict and/or limit his access to the goods and services offered at the Facility. The ADA violations are more specifically set forth in this Complaint.

**13)**     Plaintiff intends to visit the Facility again in the near future in order to utilize all of the goods and services offered therein but will be unable to do so because of the physical barriers to access, dangerous conditions and ADA violations that exist at the Facility that restrict and/or limit his access to the Facility, including those barriers conditions and ADA violations more specifically set forth in this Complaint.

**14)**     Defendants have discriminated against Plaintiff and others with disabilities by denying access to, and full and equal enjoyment of the goods and services of the Facility, as prohibited by 42 U.S.C., § 12182, *et.seq.*, and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), and will continue to discriminate against Plaintiff and others with disabilities unless and until Defendants are compelled to remove all physical barriers that exist at the Facility, including those specifically set forth herein, and make the Facility accessible to and usable by persons with disabilities, including Plaintiff.

**15)**     Defendants have discriminated against Plaintiff by failing to comply with the above requirements. A specific, although not exclusive, list of unlawful physical barriers,

dangerous conditions and ADA violations, which preclude and/or limit Plaintiff's ability to access the Facility and full and equal enjoyment of the goods, services offered at the Facility include:

- INACCESSIBLE EXTERIOR DINING COMPARTMENT.
- RAISED GROUND SURFACE OF EXTERIOR DINING COMPARTMENT ACTS AS A BARRIER TO ACCESSIBILITY.
- NON-COMPLIANT EXISTING RAMP LEADING TO EXTERIOR DINING COMPARTMENT.
- NON-COMPLIANT SLOPE OF RAMP LEADING TO EXTERIOR DINING COMPARTMENT EXCEEDS MAXIMUM SLOPE ALLOWANCE.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
**ADAAG 206.2 Where Required.**
Accessible routes shall be provided where required by 206.2.
**ADAAG 206.2.5 Restaurants and Cafeterias.**
In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.
**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.
**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
**ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.** Changes in level shall comply with 303
**ADAAG 303.4 Ramps.**
Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.
**ADAAG 405 Ramps ADAAG 405.1 General.**
Ramps on accessible routes shall comply with 405.
**ADAAG 405.2 Slope.**
Ramp runs shall have a running slope not steeper than 1:12.

- INACCESSIBLE DINING TABLES LOCATED AT EXTERIOR DINING COMPARTMENT.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT EXTERIOR DINING COMPARTMENT.
- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES

REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT EXTERIOR DINING COMPARTMENT.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**

Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**

Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**

A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**

Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width**.

Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**

Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**

Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE DINING TABLES LOCATED AT EXTERIOR STOREFRONT SIDEWALK DINING AREA.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT EXTERIOR STOREFRONT SIDEWALK DINING AREA.
- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT EXTERIOR STOREFRONT SIDEWALK DINING AREA.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**

Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**

Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**

A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**

Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width**.
Toe clearance shall be 30 inches (760 mm) wide minimum.
**ADAAG 306.3 Knee Clearance.**
**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- THE SECOND OF TWO EXISTING SEATING BENCHES LOCATED AT EXTERIOR SIDEWALK AREA IS NON-COMPLIANT.
- REQUIRED BACK SUPPORT NOT PROVIDED AT THE SECOND OF TWO EXISTING SEATING BENCHES AT EXTERIOR SIDEWALK AREA.
- THE SECOND OF TWO EXISTING SEATING BENCHES AT EXTERIOR SIDEWALK AREA IS NOT AFFIXED TO A WALL AS REQUIRED.

**ADAAG 903 Benches.**
**ADAAG 903.4 Back Support.**
The bench shall provide for back support or shall be affixed to a wall. Back support shall be 42 inches (1065 mm) long minimum and shall extend from a point 2 inches (51 mm)
maximum above the seat surface to a point 18 inches (455 mm) minimum above the seat surface. Back support shall be 2½ inches (64 mm) maximum from the rear edge of the seat measured horizontally.

- INACCESSIBLE INTERIOR BAR.
- NON-COMPLIANT HEIGHT OF INTERIOR BAR EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT INTERIOR BAR.
- PORTION OF INTERIOR BAR REQUIRED TO BE ACCESSIBLE NOT PROVIDED.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General**.
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
**Advisory 902.1 General.**
Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 902.3 Height.**
The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.
**ADAAG 306.2 Toe Clearance.**
**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
**ADAAG 306.2.5 Width**.
Toe clearance shall be 30 inches (760 mm) wide minimum.
**ADAAG 306.3 Knee Clearance.**
**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE BARSIDE DINING AREA.
- RAISED FLOOR SURFACE AT BARSIDE DINING AREA ACTS AS A BARRIER TO ACCESSIBILITY.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 206.2 Where Required.**
Accessible routes shall be provided where required by 206.2.
**ADAAG 206.2.5 Restaurants and Cafeterias.**
In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.
**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.
**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
**ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.** Changes in level shall comply with 303
**ADAAG 303.4 Ramps.**
Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

- REQUIRED MINIMUM CLEAR FLOOR SPACE ALLOWING A FORWARD APPROACH NOT PROVIDED AT BOOTH TABLES LOCATED AT BARSIDE DINING AREA..

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**

Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**

Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**

A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 305.3 Size.**

The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

- THE FIRST OF TWO INTERIOR DINING AREAS IS INACCESSIBLE.
- ACCESSIBLE ROUTE TO THE FIRST OF TWO INTERIOR DINING AREAS NOT PROVIDED AS REQUIRED.
- EXISTING STEP AT TRAVEL PATH LEADING TO THE FIRST OF TWO INTERIOR DINING AREAS ACTS AS A BARRIER TO ACCESSIBILITY.

**ADAAG 206.2.5 Restaurants and Cafeterias.**

In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**

Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**

Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.** Changes in level shall comply with 303

**ADAAG 303.4 Ramps.**

Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

- INACCESSIBLE DINING TABLES LOCATED AT THE FIRST OF TWO INTERIOR DINING AREAS.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT THE FIRST OF TWO INTERIOR DINING AREAS.
- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT THE FIRST OF TWO INTERIOR DINING AREAS.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**

Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width.**
Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- THE SECOND OF TWO INTERIOR DINING AREAS IS INACCESSIBLE.
- ACCESSIBLE ROUTE TO THE SECOND OF TWO INTERIOR DINING AREAS NOT PROVIDED AS REQUIRED.
- EXISTING STEPS AT TRAVEL PATH LEADING TO THE SECOND OF TWO INTERIOR DINING AREAS ACT AS A BARRIER TO ACCESSIBILITY.

**ADAAG 206.2.5 Restaurants and Cafeterias.**
In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.** Changes in level shall comply with 303

**ADAAG 303.4 Ramps.**
Changes in level greater than ½ inch high shall be ramped, and shall comply with 405

or 406.

- INACCESSIBLE DINING TABLES LOCATED AT THE SECOND OF TWO INTERIOR DINING AREAS.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT THE SECOND OF TWO INTERIOR DINING AREAS.
- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT THE SECOND OF TWO INTERIOR DINING AREAS.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**
**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width**.
Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**
**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE EXTERIOR BACK DINING AREA.
- ACCESSIBLE ROUTE TO EXTERIOR BACK DINING AREA NOT PROVIDED AS REQUIRED.
- STEPS AT THE FIRST OF TWO TRAVEL PATHS LEADING TO EXTERIOR BACK DINING AREA ACT AS A BARRIER TO ACCESSIBILITY.
- REQUIRED RAMP NOT PROVIDED FOR STEPS AT THE FIRST OF TWO TRAVEL PATHS LEADING TO EXTERIOR BACK DINING AREA.

**ADAAG 206.2.5 Restaurants and Cafeterias.**
In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**

Accessible routes shall comply with 402

**ADAAG 402.2 Components.**

Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.** Changes in level shall comply with 303

**ADAAG 303.4 Ramps.**

Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

- REQUIRED HANDRAILS NOT PROVIDED AT BOTH SIDES OF STEPS AT THE FIRST OF TWO TRAVEL PATHS LEADING TO EXTERIOR BACK DINING AREA.

**ADAAG 505 Handrails**

**ADAAG 505.2 Where Required.**

Handrails shall be provided on both sides of stairs and ramps.

- NON-COMPLIANT EXISTING HANDRAIL AT ONE SIDE OF STEPS LEADING TO EXTERIOR BACK DINING AREA.
- REQUIRED HANDRAIL EXTENSIONS NOT PROVIDED AT EXISTING HANDRAIL AT ONE SIDE OF STEPS AT THE FIRST OF TWO TRAVEL PATHS LEADING TO EXTERIOR BACK DINING AREA.

**ADAAG 505.10 Handrail Extensions.**

Handrail gripping surfaces shall extend beyond and in the same direction of stair flights and ramp runs in accordance with 505.10.

**ADAAG 505.10.2 Top Extension at Stairs.**

At the top of a stair flight, handrails shall extend horizontally above the landing for 12 inches (305 mm) minimum beginning directly above the first riser nosing. Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

**ADAAG 505.10.3 Bottom Extension at Stairs.**

At the bottom of a stair flight, handrails shall extend at the slope of the stair flight for a horizontal distance at least equal to one tread depth beyond the last riser nosing. Extension shall return to

a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

- STEPS AT THE SECOND OF TWO TRAVEL PATHS LEADING TO EXTERIOR BACK DINING AREA ACT AS A BARRIER TO ACCESSIBILITY.
- REQUIRED RAMP NOT PROVIDED FOR STEPS AT THE SECOND OF

TWO TRAVEL PATHS LEADING TO EXTERIOR BACK DINING AREA.

**ADAAG 206.2.5 Restaurants and Cafeterias.**

In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**

Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**

Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.** Changes in level shall comply with 303

**ADAAG 303.4 Ramps.**

Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

- REQUIRED HANDRAILS NOT PROVIDED AT BOTH SIDES OF STEPS AT THE SECOND OF TWO TRAVEL PATHS LEADING TO EXTERIOR BACK DINING AREA.

**ADAAG 505 Handrails**

**ADAAG 505.2 Where Required.**

Handrails shall be provided on both sides of stairs and ramps.

- INACCESSIBLE DINING TABLES LOCATED AT EXTERIOR BACK DINING AREA.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT EXTERIOR BACK DINING AREA.
- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT EXTERIOR BACK DINING AREA.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**

Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**

Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**

A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**

Where toe clearance is required at an element as part of a clear floor space, the toe

clearance shall extend 17 inches (430 mm) minimum under the element.
**ADAAG 306.2.5 Width**.
Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**
**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE RESTROOMS.
- ACCESSIBLE ROUTE TO RESTROOMS NOT PROVIDED AS REQUIRED.
- EXISTING STAIR FLIGHT AT TRAVEL PATH TO RESTROOMS ACTS AS A BARRIER TO ACCESSIBILITY.

**ADAAG 213 Toilet Facilities and Bathing Facilities** **ADAAG 213.1 General.**
Where toilet facilities and bathing facilities are provided, they shall comply with 213. Where toilet facilities and bathing facilities are provided in facilities permitted by 206.2.3 Exceptions 1 and 2 not to connect stories by an accessible route to toilet facilities and bathing facilities shall be provided on a story connected by an accessible route to an accessible entrance.

- REQUIRED HANDRAILS NOT PROVIDED AT BOTH SIDES OF STAIRS AT TRAVEL PATH TO RESTROOM.

**ADAAG 505 Handrails**
**ADAAG 505.2 Where Required.**
Handrails shall be provided on both sides of stairs and ramps.

- THE FIRST OF THREE LAVATORIES IN RESTROOM IS INACCESSIBLE.
- NON-COMPLIANT HEIGHT OF THE FIRST OF THREE LAVATORIES IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.1 General.**
Lavatories and sinks shall comply with 606.
**ADAAG 606.3 Height.**
Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

- INSULATION OF PIPES AND WATER LINES UNDER THE THE FIRST OF THREE LAVATORIES IN RESTROOM NOT PROVIDED AS REQUIRED.

**ADAAG 606 Lavatories and Sinks.**

**ADAAG 606.5 Exposed Pipes and Surfaces**.
Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

- THE SECOND OF THREE LAVATORIES IN RESTROOM IS INACCESSIBLE.
- NON-COMPLIANT HEIGHT OF THE SECOND OF THREE LAVATORIES IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.


**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.1 General.**
Lavatories and sinks shall comply with 606.
**ADAAG 606.3 Height.**
Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

- INSULATION OF PIPES AND WATER LINES UNDER THE THE SECOND OF THREE LAVATORIES IN RESTROOM NOT PROVIDED AS REQUIRED.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.5 Exposed Pipes and Surfaces**.
Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

- THE THIRD OF THREE LAVATORIES IN RESTROOM IS INACCESSIBLE.
- NON-COMPLIANT HEIGHT OF THE THIRD OF THREE LAVATORIES IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.1 General.**
Lavatories and sinks shall comply with 606.
**ADAAG 606.3 Height.**
Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

- INSULATION OF PIPES AND WATER LINES UNDER THE THE THIRD OF THREE LAVATORIES IN RESTROOM NOT PROVIDED AS REQUIRED.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.5 Exposed Pipes and Surfaces**.
Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive

surfaces under lavatories and sinks.

- INACCESSIBLE MIRROR IN RESTROOM.
- NON COMPLIANT MOUNTED HEIGHT OF MIRROR IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 603.3 Mirrors.**

Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.

Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

- THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM IS INACCESSIBLE.
- REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.3 Clear Width.**

Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

- REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet**

**Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**
Minimum maneuvering clearances at doors and gates shall comply with 404.2.4.

Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

- REQUIRED MINIMUM SPACE NOT PROVIDED IN THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.1 Size.**
Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

- REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.3 Clearance.**
Clearances around water closets and in toilet compartments shall comply with 604.3.

**ADAAG 604.3.1 Size.**
Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

- REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM..

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.5 Grab Bars.**
Grab bars for water closets shall comply with 609.
Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

- NON-COMPLIANT POSITION OF PLUMBING VALVES LOCATED DIRECTLY BEHIND TOILET SEAT OF WATER CLOSET IN THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG Advisory 604.6 Flush Controls.**
If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

- INACCESSIBLE COAT HOOK IN THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM.
- NON-COMPLIANT HEIGHT OF COAT HOOK IN THE FIRST OF FIVE TOILET COMPARTMENTS IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8.3 Coat Hooks and Shelves.**
Coat hooks shall be located within one of the reach ranges specified in 308.
**ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.**
Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.
**ADAAG 308.2.2 Obstructed High Reach.**
Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.
**ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.**
Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be
15 inches minimum above the finish floor or ground.
**ADAAG 308.3.2 Obstructed High Reach.**

Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

- THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM IS INACCESSIBLE.
- REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM.
- **ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.
Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.3 Clear Width.**
Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

- REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except

that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4.

Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

- REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments**

**ADAAG 604.3 Clearance.**

Clearances around water closets and in toilet compartments shall comply with 604.3.

**ADAAG 604.3.1 Size.**

Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

- REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments**

**ADAAG 604.5 Grab Bars.**

Grab bars for water closets shall comply with 609.

Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

- NON-COMPLIANT POSITION OF PLUMBING VALVES LOCATED DIRECTLY BEHIND TOILET SEAT OF WATER CLOSET IN THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG Advisory 604.6 Flush Controls.**

If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

- INACCESSIBLE COAT HOOK IN THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM.
- NON-COMPLIANT HEIGHT OF COAT HOOK IN THE SECOND OF FIVE TOILET COMPARTMENTS IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8.3 Coat Hooks and Shelves.**
Coat hooks shall be located within one of the reach ranges specified in 308.
**ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.**
Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.
**ADAAG 308.2.2 Obstructed High Reach.**
Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.
**ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.**
Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be
15 inches minimum above the finish floor or ground.
**ADAAG 308.3.2 Obstructed High Reach.**
Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

- THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM IS INACCESSIBLE.
- REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between

the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.3 Clear Width.**

Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

- REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4.

Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

- REQUIRED MINIMUM SPACE NOT PROVIDED IN THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.1 Size.**

Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

- REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments**

**ADAAG 604.3 Clearance.**

Clearances around water closets and in toilet compartments shall comply with 604.3.

**ADAAG 604.3.1 Size.**

Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

- REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM..

**ADAAG 604 Water Closets and Toilet Compartments**

**ADAAG 604.5 Grab Bars.**

Grab bars for water closets shall comply with 609.

Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

- NON-COMPLIANT POSITION OF PLUMBING VALVES LOCATED DIRECTLY BEHIND TOILET SEAT OF WATER CLOSET IN THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG Advisory 604.6 Flush Controls.**

If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

- INACCESSIBLE COAT HOOK IN THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM.
- NON-COMPLIANT HEIGHT OF COAT HOOK IN THE THIRD OF FIVE TOILET COMPARTMENTS IN RESTROOM EXCEEDS MAXIMUM

HEIGHT ALLOWANCE.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8.3 Coat Hooks and Shelves.**

Coat hooks shall be located within one of the reach ranges specified in 308.

**ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.**

Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.

**ADAAG 308.2.2 Obstructed High Reach.**

Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.

**ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.**

Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be

15 inches minimum above the finish floor or ground.

**ADAAG 308.3.2 Obstructed High Reach.**

Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

- THE FOURTH OF FIVE TOILET COMPARTMENTS IN RESTROOM IS INACCESSIBLE.
- REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE FOURTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4

inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.3 Clear Width.**

Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

- REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE FOURTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4.

Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

- REQUIRED MINIMUM SPACE NOT PROVIDED IN THE FOURTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.1 Size.**

Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

- REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN THE FOURTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.3 Clearance.**
Clearances around water closets and in toilet compartments shall comply with 604.3.
**ADAAG 604.3.1 Size.**
Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

- REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE FOURTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.5 Grab Bars.**
Grab bars for water closets shall comply with 609.
Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

- NON-COMPLIANT POSITION OF PLUMBING VALVES LOCATED DIRECTLY BEHIND TOILET SEAT OF WATER CLOSET IN THE FOURTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG Advisory 604.6 Flush Controls.**
If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

- THE FIFTH OF FIVE TOILET COMPARTMENTS IN RESTROOM IS INACCESSIBLE.
- REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE FIFTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.3 Clear Width.**

Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

- REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE FIFTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4.

Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

- REQUIRED MINIMUM SPACE NOT PROVIDED IN THE FIFTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
**ADAAG 604.8.1.1 Size.**
Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

- REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN THE FIFTH OF FIVE TOILET COMPARTMENTS IN RESTROOM.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.3 Clearance.**
Clearances around water closets and in toilet compartments shall comply with 604.3.
**ADAAG 604.3.1 Size.**
Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

- REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE FIFTH OF FIVE TOILET COMPARTMENTS IN RESTROOM..

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.5 Grab Bars.**
Grab bars for water closets shall comply with 609.
Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

- NON-COMPLIANT POSITION OF PLUMBING VALVES LOCATED DIRECTLY BEHIND TOILET SEAT OF WATER CLOSET IN THE FIFTH OF FIVE TOILET COMPARTMENTS IN RESTROOM

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG Advisory 604.6 Flush Controls.**
If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

- .NON-COMPLIANT HEIGHT OF COAT HOOK IN THE FIFTH OF FIVE TOILET

COMPARTMENTS IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8.3 Coat Hooks and Shelves.**

Coat hooks shall be located within one of the reach ranges specified in 308.

**ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.**

Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.

**ADAAG 308.2.2 Obstructed High Reach.**

Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.

**ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.**

Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be

15 inches minimum above the finish floor or ground.

**ADAAG 308.3.2 Obstructed High Reach.**

Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

**16)**     The above listing is not to be considered all-inclusive of the barriers which exist at the Facility. Plaintiff requires an inspection of the Facility in order to determine all of the ADA violations.

**17)**     The removal of the physical barriers, dangerous conditions, and ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

**18)**     Plaintiff is without adequate remedy at law, is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until

Defendants are required to remove the physical barriers, dangerous conditions, and ADA violations that exist at the Facility, including those set forth herein.

19)     The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

20)     Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the Facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, and closing the Facility until the requisite modifications are completed.

**WHEREFORE,** Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing is discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the Facility to make it readily accessible  to and useable by individuals with disabilities to the extent required by the ADA, closing the Facility until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

Respectfully submitted

BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

By:  s/ Maria-Costanza Barducci
     Maria-Costanza Barducci, Esq.
       *Attorney for Plaintiff*
     Bar No. 5070487
     MC@BarducciLaw.com