MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM PLLC
5 WEST 19TH STREET, 10TH FLOOR NEW YORK, NEW YORK 10011 TELEPHONE: 212-433-2554

**September 22, 2023**

Honorable Andrew L. Carter, Jr
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> **MEMO ENDORSED**
>
> It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before October 25, 2023.
>
> SO ORDERED:
> /s/ Andrew L. Carter, Jr.
> HON. ANDREW L. CARTER, JR.
> UNITED STATES DISTRICT JUDGE
>
> Dated: September 25, 2023
> New York, NY

*Re:   Carlos Ruiz Florez vs. 63 CRMN LLC and Jajaja West Village LLC*
*Civil Action No.: 1:23-cv-01154-ALC-VF*
*Status Report - Joint Notice of Stipulation*

Dear Honorable Judge Carter Jr,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's August 16, 2023 Scheduling Order [DE#13], the Parties file this letter motion in support of a motion for an adjournment of the current Initial Conference of October 2, 2023 and the antecedent filings associated with the same.

Paramount, for purposes of said request, the Plaintiff, and Defendants wish to inform Your Honor that the parties have reached an agreement to a Settlement in Principle, and thus said agreement forms the grounds for the requested relief, *supra*.

For these reasons, the Parties request a 30-day adjournment of the initial status conference and its associated deadlines, so that the parties may perfect the Settlement documentations and file a Final Stipulation of Dismissal therein.

Defendant, *Jajaja West Village LLC*, joins in this request.

This extension will not affect any other deadlines or events in this case. Thank you for your time in considering this request.

Most Respectfully, BARDUCCI LAW FIRM PLLC

/s/ Maria-Costanza Barducci

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only