UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
CARLOS RUIZ FLOREZ,

          *Plaintiff*,

   -against-

63 CRMN LLC, and JAJAJA WEST VILLAGE LLC,

          *Defendants*.

-------------------------------------------------------------------- x

1:23-cv-01154 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff and Defendant Jajaja West Village LLC's stipulation of voluntary dismissal. ECF No. 16. Plaintiff is hereby **ORDERED** to inform the Court by October 13, 2023 as to how they wish to proceed against Defendant 63 CRMN LLC, who has not filed an answer or otherwise appeared in this action.

**SO ORDERED.**

**Dated:**    **October 6, 2023**
           **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**